# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNTIED STATES OF AMERCA,

    Plaintiff,

v.

JAMES C. CREDIT,

    Defendant.

CASE NO. MJ21-315

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has been charged by complaint with a felon in possession of a firearm, Defendant has an extensive criminal history that includes a prior conviction for felon in possession of a firearm. He has no gainful employment. Since 2020, Defendant has been charged several times with criminal offense. He has a pending possession of stolen property charge in which four warrants have been issued, with the last still active. After that charge, he was charged

DETENTION ORDER - 1

with felony theft and arresting officers noted he possessed a gun when arrested. Several months later, he was again charged in Superior Court with a drug offense which is still pending. The present allegations arise from alleged acts this year. Defendant has shown a pattern of regularly engaging in criminal conduct while on release for pending charges. His warrant history shows he is a high risk for failure to appear for court hearings.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of May, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge